**Opinion issued November 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00647-CV

———————————

**KAREN KRISTINE SILVIO, Appellant**

**V.**

**JASON B. OSTROM AND NICOLE K. SAIN, Appellees**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 937,164**

---

## MEMORANDUM OPINION

Appellant, Karen Kristine Silvio, proceeding pro se, timely appealed from the

trial court's final judgment, signed on May 9, 2014, after moving for a new trial. *See*

TEX. R. APP. P. 26.1(a)(1). However, appellant has neither paid nor made

arrangements to pay the filing fee or the fee for preparing the clerk's record and she

has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1, 37.3(b). After being notified by this Court's Order and Notice of Intent to Dismiss for Want of Prosecution on August 15, 2016, which reinstated this case after appellant's bankruptcy case had been dismissed, that this appeal was subject to dismissal for want of prosecution for failure to pay the required fees, appellant did not timely respond.[1] *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss this appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

---

[1] Although appellant filed a motion to establish indigence in this Court on September 8, 2016, appellant failed to timely respond after this Court ordered her to use the new form required by the Texas Supreme Court. *See* TEX. R. APP. P. 20.1(c).